Form ntcHrg2

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 20–07257
Chapter: 7
Judge: David D. Cleary

In Re:
   Eric B. Feagins III
   8133 S. Honore
   Chicago, IL 60620

Social Security No.:
   xxx–xx–9361

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held:

Appear by Telephone

on July 8, 2020 at 10:00 AM

TO CONSIDER AND ACT UPON the following: Trustee's Motion to Dismiss Debtor with Notice Under Local Rule 2002–1 or Extend Time to Object to Discharge

For the Court,

Dated: June 26, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court